No. 78–143.  BECKER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–146.  VAN PELT ET AL. *v.* KANSAS.  Ct. App. Kan. Certiorari denied.

No. 78–151.  MUELLER ET AL. *v.* HUBBARD MILLING CO. C. A. 8th Cir.  Certiorari denied.

No. 78–152.  CLEVELAND ELECTRIC ILLUMINATING CO. *v.* WILLIAMS, DIRECTOR, ENVIRONMENTAL PROTECTION AGENCY OF OHIO.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 78–153.  WASTE MANAGEMENT OF WISCONSIN, INC., DBA CITY DISPOSAL CO. *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 78–164.  ROCHELLE, ADMINISTRATRIX *v.* FRENCH ET AL.  Ct. App. Tenn.  Certiorari denied.

No. 78–170.  BOARD OF EDUCATION, BRATENAHL, OHIO, LOCAL SCHOOL DISTRICT *v.* STATE BOARD OF EDUCATION OF OHIO ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 78–175.  LOUISIANA *v.* FALKINS.  Sup. Ct. La.  Certiorari denied.

No. 78–183.  MINIX *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 78–184.  LUCEY ET AL. *v.* LISTER ET AL.  C. A. 7th Cir. Certiorari denied.